169 P.3d 1024

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**October 11, 2007**

| 28155 | State v. Rosel | Affirmed |

**October 18, 2007**

| 26837 | Association of Apartment Owners of 1251 Heulu v. Chung | Affirmed |
| 26924 | Bottom v. Bottom | Affirmed |
| 27352 | Boyle v. Maryl Pacific Constructors, Inc. | Affirmed |
| 27026 | Kapuniai v. Gay | Affirmed |
| 27036 | State v. Larkin | Vacated and Remanded |
| 27989 | State v. McAfee | Affirmed |
| 27990 | State v. Wong | Affirmed |

**October 25, 2007**

| 27893 | Guajardo v. AIG Hawaii Ins. Co., Inc. | Affirmed |
| 27579 | LaRochelle v. Schmaltz | Affirmed |
| 27885 | Richardson v. State | Affirmed |
| 27967 | State v. Brown | Affirmed |
| 27876 | State v. Fang | Affirmed |
| 28085 | State v. Merkel | Affirmed |